**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SALVADOR MONDACA-VEGA,
*Petitioner*,

v.

ERIC H. HOLDER JR., Attorney
General,
*Respondent*.

No. 03-71369

Agency No.
A019-263-384

ORDER

Filed November 6, 2013

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.